Submitted on record and briefs December 19, 1991, affirmed February 12, 1992

STATE OF OREGON,
*Respondent,*

*v.*

LARRY THOMAS MILLER,
*Appellant.*

(9002 30931; CA A67856)

823 P2d 1049

Sally L. Avera, Public Defender, and Stephen J. Williams, Deputy Public Defender, Salem, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.